922

No. 913. ANCHOR LINE, LTD., ET AL. *v.* FEDERAL MARITIME COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Ronald A. Capone, Cletus Keating* and *Elmer C. Maddy* for petitioners. *Solicitor General Cox, Assistant Attorney General Loevinger, Irwin A. Seibel, Robert E. Mitchell* and *Edward Schmeltzer* for respondents.

No. 928. INTERNATIONAL LONGSHOREMEN'S ASSOCIATION ET AL. *v.* GEORGIA PORTS AUTHORITY. Supreme Court of Georgia. Certiorari denied. *Sewall Myer* for petitioners. *Eugene Cook,* Attorney General of Georgia, and *Anton F. Solms, Jr.* for respondent.

No. 935. BALLENGER PAVING CO., INC., *v.* GOLDBERG, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied. *John Izard, Jr.* for petitioner. *Solicitor General Cox, Charles Donahue, Jacob I. Karro* and *Isabelle R. Cappello* for respondent.

No. 948. YOUNG ET AL. *v.* MOTION PICTURE ASSOCIATION OF AMERICA ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *David I. Shapiro, Ben Margolis, A. L. Wirin* and *Fred Okrand* for petitioners. *William P. Rogers* for respondents.